12C

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

### Petition and Order for Summons for Person Under Supervision

Name of Person: **Cameron Drake Silveira**                    Docket Number:   **2:21CR00169-001**

Name of Sentencing Judicial Officer:         **Honorable Tena Campbell**
**Senior U.S. District Judge**

Date of Original Sentence:            **November 8, 2021**
Original Offense:    **Possession of Methamphetamine with Intent to Distribute**
Original Sentence:   **60 Months' Incarceration/48 Months' Supervised Release**

Type of Supervision: **Supervised Release**                    Supervision Began: **August 27, 2025**

Location of Defendant's Supervision  ☒ Northern/Central Division        ☐ Southern Region

### PETITIONING THE COURT

☒    To issue a summons

### CAUSE

The probation officer believes that the offender has violated the conditions of supervision as follows:

**Allegation No. 1:** On August 29, 2025, the person under supervision submitted a urine sample, which tested positive for methamphetamine.

**Allegation No. 2:** On September 15, 2025, the person under supervision submitted a urine sample, which tested positive for alcohol and amphetamine.

Evidence in support of these allegations includes records from U.S. Probation and Utah Adult Probation and Parole.

I declare under penalty of perjury that the foregoing is true and correct.

by Brian Tillack
U.S. Probation Officer
September 18, 2025

PROB 12C
D/UT 12/17

Cameron Drake Silveira
2:21CR00169-001

---

**THE COURT ORDERS:**

☑ The issuance of a summons

   For appearance in:  ☑ Salt Lake City ☐ St. George

☐ The issuance of a warrant and tolling of the supervision time

   For appearance in:  ☐ Salt Lake City ☐ St. George

☐ Expedited hearing set for: _____ at _____ before
U.S. Magistrate Judge _____

☐ No action

☐ Other

_Tena Campbell_
Honorable Tena Campbell
Senior United States District Judge


Date: 9/18/2025